McGREGOR W. SCOTT
United States Attorney
CHRISTINA MCCALL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00126-MCE |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| CEA, JAZIZ, | |
| Defendant. | |

In addition to Rosanne Rust, Christina McCall, SBN 234139, is appearing as counsel of record in the above captioned case. This Notice of Appearance is filed only for purpose of appearing in the place and stead of Rosanne Rust should the need arise.

Dated: September 3, 2019

    /s/ CHRISTINA MCCALL
    CHRISTINA MCCALL
    Assistant United States Attorney