1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  DOUGLAS J. BEEVERS, #288639
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax: 916-498-5710

5  Attorney for Defendant
   JAZIZ CEA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:19-cr-126 MCE |
|---|---|---|
|           Plaintiff, | ) | DESIGNATION OF COUNSEL |
| vs. | ) | |
| JAZIZ CEA, | ) | |
|           Defendant. | ) | |

The Federal Defender's Office requests that attorney, Benjamin D. Galloway, be removed as counsel of record from the service list of actions in the above-referenced case.

Please add Assistant Federal Defender, Douglas J. Beevers, as counsel of record and to the service list of actions in the above-referenced case.

DATED: September 10, 2019              Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ Douglas J. Beevers*
                                        DOUGLAS J. BEEVERS
                                        Assistant Federal Defender
                                        Attorney for JAZIZ CEA

Designation of Counsel