HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAZIZ CEA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:19-CR-126 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| ) | |
| JAZIZ CEA, ) | Date: December 11, 2019 |
| ) | Time: 10:00 a.m. |
| Defendants. ) | Judge: Hon. Morrison C. England, Jr. |
| ) | |

On December 3, 2019, the Court on its own motion vacated the Status Conference scheduled for December 11, 2019 and continued the hearing to January 30, 2020 at 10:00 a.m.

Defense counsel requires time to review the evidence and interview witnesses. Mr. Beevers is making arrangements to view certain contraband evidence at the FBI office. Additionally, Mr. Beevers is preparing for a motion to suppress hearings in Dec 20, 2019 in US v. Chi Yang and in US v. Bohannon on February 4, 2020. Defense counsel also has preplanned leave in early January. Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date of the Court's order, through and including January 30, 2020; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

///

1 DATED: December 6, 2019

2                                          Respectfully submitted,

3                                          HEATHER E. WILLIAMS
                                           Federal Defender

4
                                           */s/ Douglas J. Beevers*
5                                          DOUGLAS J. BEEVERS
                                           Assistant Federal Defender
6                                          Attorney for JAZIZ CEA

7

8 DATED: December 6, 2019                  MCGREGOR W. SCOTT
                                           United States Attorney
9
                                           */s/ Christina McCall*
10                                         CHRISTINA McCALL
                                           Assistant United States Attorney
11                                         Attorney for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'
stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its
order. The Court specifically finds the failure to grant a continuance in this case would deny
counsel reasonable time necessary for effective preparation, taking into account the exercise of
due diligence.  The Court finds the ends of justice served by granting the requested continuance
and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from today's date, up to and including January 30, 2020, shall
be excluded from computation of time within which the trial of this case must be commenced
under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and(B)(iv) [reasonable time for
counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the December
11, 2019 status conference shall be continued until January 30, 2020, at 9:00 a.m.

DATED:  December  ___, 2019

_____
HON. MORRISON C. ENGLAND, Jr.
United States District Court Judge