HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: 916.498.5700
douglas_beevers@fd.org

Attorney for Defendant
JAZIZ CEA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №:2:19-CR-126 MCE |
| | ) | |
| Plaintiff, | ) | **NOTICE OF EXPERT EVIDENCE** |
| | ) | **OF MENTAL CONDITION** |
| vs. | ) | **Fed. R. Crim. P. 12.2(b)** |
| | ) | |
| JAZIZ CEA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant, JAZIZ CEA, by Heather E. Williams, Federal Defender, by Douglas Beevers,

Assistant Federal Defender, hereby gives notice of his intent to introduce expert evidence of

mental defect or mental condition (paranoia, anxiety and psychosis) as a defense to Count One of

the Indictment.

SUBMITTED: January 28, 2020.

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ Douglas Beevers*_____
                                        DOUGLAS BEEVERS
                                        Assistant Federal Defender
                                        Attorney for Defendant