McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
CHRISTINA McCALL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>JAZIZ CEA,<br><br>                    Defendant. | CASE NO. 2:19-CR-00126 MCE<br><br>GOVERNMENT'S WITNESS LIST<br><br>DATE: March 17, 2020<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

The United States, by and through its undersigned counsel, hereby submits the following list of witness it may call in its case-in-chief:

1. Hernan Humberto Cea
2. Martha Cea
3. HSI Special Agent Joshua Findley
4. Galt Detective Mark Fewel
5. Representative/ Custodian of Records of Google/ YouTube
6. IRS-CI Special Agent Tigran Gambaryan
7. Sacramento Sheriff's Detective Christie Hirota
8. Juvenile Victim 1
9. Juvenile Victim 2
10. Galt Detective Megan Robinson

GOVERNMENT'S WITNESS LIST         1

11. FBI Special Agent Scott Schofield

12. Mark Wilson, Houston Police Department

13. Sacramento Sheriff's Detective DT Brown

14. Kassandra Zubia

15. FBI Special Agent Scott Medlin

16. George Vasiliou, California Highway Patrol Investigator (retired)

Dated:  March 2, 2020

McGREGOR W. SCOTT
United States Attorney

By: /s/ CHRISTINA McCALL
ROSANNE L. RUST
CHRISTINA McCALL
Assistant United States Attorneys