HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
JAZIZ CEA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-CR-0126 MCE |
| Plaintiff, | DEFENDANT'S WITNESS LIST |
| v. | |
| JAZIZ CEA, | |
| Defendant. | |

The Defense intends to call some or all of the witnesses on the Government's list whether or not called by the Government.  In addition, Defense may call:

1. Ambarin Faizi, D.O. Sacramento County Jail physician.
2. Daniel Martell, PhD, Newport Beach CA
3. Joshua Kelhi, Anaheim CA
4. Kasandra Zubia, Orange CA
5. Melvin Buford, Federal Public Defenders Office

DATED: March 2, 2020                    HEATHER E. WILLIAMS
                                        Federal Defender


                                        */s/ Douglas Beevers*
                                        DOUGLAS BEEVERS
                                        Assistant Federal Public Defender