McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America



**FILED**

MAR 0 5 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0126 MCE |
| Plaintiff, | 18 U.S.C. §§ 2251(a) and (e) – Attempted Production of Child Pornography; 18 U.S.C. § 2253(a) – Criminal Forfeiture |
| v. | |
| JAZIZ JESAHIAS CEA, | |
| Defendant. | |

## SUPERSEDING INDICTMENT

The Grand Jury charges: T H A T

JAZIZ JESAHIAS CEA,

defendant herein, between on or about October 15, 2018, and continuing through on or about February 20, 2019, in the County of Sacramento, State and Eastern District of California, did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor, "Juvenile Victim 1," to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing one or more visual depictions of such conduct, knowing and having reason to believe that the visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depictions were produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Section 2251(a) and (e).

1 | <u>FORFEITURE ALLEGATION</u>: [18 U.S.C. § 2253(a) - Criminal Forfeiture]

2      1.   Upon conviction of the offense alleged in this Superseding Indictment, defendant JAZIZ JESAHIAS CEA shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a), any and all matter which contains visual depictions produced, transported, mailed, shipped or received in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained as a result of said violation; and any property, real or personal, used or intended to be used to commit and to promote the commission of such violation, or any property traceable to such property, including but not limited to:

   a. iPhone 6S - grey Model A1688

   b. small black camera with battery pack and red and black cables coming off it.

2.   If any property subject to forfeiture as a result of the offense alleged in this Superseding Indictment, for which defendant is convicted:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United State Code, Section 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ **Signature on file w/AUSA**

FOREPERSON

McGREGOR W. SCOTT
United States Attorney

*No.* **2:19-CR-0126 MCE**

## UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

### THE UNITED STATES OF AMERICA
*vs.*

JAZIZ JESAHIAS CEA

### SUPERSEDING INDICTMENT

**VIOLATION(S):** 18 U.S.C. §§ 2251(a) and (e) – Attempted Production of Child Pornography; 18 U.S.C. § 2253 – Criminal Forfeiture

*A true bill,*

/s/ Signature on file w/AUSA

_____
*Foreman.*

*Filed in open court this* ____5____ *day*

*of* __March__, A.D. 20 _20_

_____
*Clerk*

*Bail, $* _____

**NO PROCESS NECESS**

GPO 863 525

# United States v. Jaziz Jesahias Cea
## Penalties for Superseding Indictment

**Defendant**
**Jaziz Jesahias Cea**

**COUNT 1:**       **Jaziz Jesahias Cea**

VIOLATION:       18 U.S.C. §§ 2251(a) and (e) – Attempted Production of Child Pornography

PENALTIES:       Mandatory minimum of 15 years in prison and a maximum of 30 years in prison;

Fine of up to $250,000;
Supervised release of at least 5 years up to life (18 U.S.C. § 3583(k))

SPECIAL ASSESSMENT:   $100 (18 U.S.C. § 3013(a)(2)(A))
$5,000 (18 U.S.C. § 3014)

**FORFEITURE ALLEGATION**: **Jaziz Jesahias Cea**

VIOLATION:       18 U.S.C. § 2253(a) – Criminal Forfeiture
PENALTIES:       As stated in the charging document