McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
CHRISTINA McCALL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:19-CR-00126 MCE |
|---|---|
| Plaintiff, | GOVERNMENT'S EXHIBIT LIST |
| v. | |
| JAZIZ CEA, | |
| Defendant. | |

    The United States, by and through its undersigned counsel, hereby submits its list of exhibits that it plans to introduce during its case-in-chief. The United States anticipates the following: it may not seek introduction of each exhibit listed below at trial; additional exhibits may be identified prior to trial or during trial; as a result, amendments to this list may be made as trial developments warrant such amendment.

| EXHIBIT | DESCRIPTION | Entered | Received |
|---|---|---|---|
| 1 | Defendant's video recorded interview on 2/20/19 | | |
| 1A | Transcript of defendant's interview on 2/20/19 | | |
| 1B | Clipped portions of the defendant's interview | | |
| 1C | Clipped portions of the defendant's interview | | |
| 1D | Clipped portions of the defendant's interview | | |
| 1E | Clipped portions of the defendant's interview | | |
| 1F | Clipped portions of the defendant's interview | | |
| 1G | Clipped portions of the defendant's interview | | |
| 1H | Clipped portions of the defendant's interview | | |
| 1I | Clipped portions of the defendant's interview | | |
| 1J | Clipped portions of the defendant's interview | | |
| 1K | Clipped portions of the defendant's interview | | |
| 1L | Clipped portions of the defendant's interview | | |
| 1M | Clipped portions of the defendant's interview | | |
| 1N | Clipped portions of the defendant's interview | | |
| 1O | Clipped portions of the defendant's interview | | |
| 1P | Clipped portions of the defendant's interview | | |
| 1Q | Clipped portions of the defendant's interview | | |
| 1R | Clipped portions of the defendant's interview | | |
| 1S | Clipped portions of the defendant's interview | | |
| 1T | Clipped portions of the defendant's interview | | |
| 1U | Clipped portions of the defendant's interview | | |
| 1V | Clipped portions of the defendant's interview | | |
| 1W | Clipped portions of the defendant's interview | | |
| 2 | G.C./JV1 video from defendant's iPhone 6S | | |
| 2A | metadata from JV1 video | | |
| 2B | G.C./JV1 video (formatted for easier viewing) | | |
| 3 | Defendant's iPhone 6S (physical exhibit) | | |
| 3A | Cellebrite report from defendant's iPhone 6S | | |
| 3B | Photos of iPhone taken by Agent Medlin | | |
| 3C | Password file extracted from defendant's iPhone | | |
| 4 | Acer N15Q8 ChromeBook (physical exhibit) | | |
| 4A | Disc of extraction of data from Chromebook | | |
| 5 | Smashed thumb drive found in defendant's residence's trash can | | |
| 6 | G.C.'s certified birth certificate | | |
| 7 | Spy camera HD Minicam manual from defendant's bedroom (physical exhibit) | | |
| 8 | Spy camera (physical exhibit) | | |

GOVERNMENT'S EXHIBIT LIST

| | | |
|---|---|---|
| 9 | Det. Rowberry's photos of defendant's iPhone | |
| 11 | G.C.'s white underwear (physical exhibit) | |
| 12 | G.C.'s black tank top (physical exhibit) | |
| 13 | G.C.'s black pants (physical exhibit) | |
| 14 | G.C.'s angel wall hanging (physical exhibit) | |
| 15 | DT Brown's search warrant evidence finder's report, diagram, list of seized evidence | |
| 16 | Search Warrant photo - outside of house | |
| 17 | Search Warrant photo - living room | |
| 18 | Search Warrant photo - entertainment system in living room | |
| 19 | Search Warrant photo - doorway to defendant's bedroom | |
| 20 | Search Warrant photo - photo of defendant's iPhone plugged in next to mattress | |
| 21 | Search Warrant photo - close up of defendant's iPhone plugged in | |
| 22 | Search Warrant photo - waifa pillow on defendant's bed | |
| 23 | Search Warrant photo - Acer Chromebook computer at foot of defendant's bed | |
| 24 | Search Warrant photo – spy camera in defendant's dresser drawer | |
| 25 | Search Warrant photo - spy camera on kitchen counter | |
| 26 | Search Warrant photo - bathroom, from hallway | |
| 27 | Search Warrant photo - bathroom mirror showing bathtub/shower | |
| 28 | Search Warrant photo - bathroom vanity | |
| 29 | Search Warrant photo - spy camera manual in defendant's dresser drawer | |
| 30 | Search Warrant photo – Det. Brown going through trashcan | |
| 31 | Search Warrant photo - Det. locating smashed thumb drive | |
| 32 | Search Warrant photo - pieces of smashed thumb drive on car | |
| 33 | Search Warrant photo - door to G.C.'s bedroom | |
| 34 | Search Warrant photo - G.C.'s bed | |
| 35 | Search Warrant photo - G.C.'s dresser | |
| 36 | Search Warrant photo - G.C.'s dresser drawer contents | |
| 37 | Search Warrant photo - G.C.'s desk | |
| 38 | Search Warrant photo - G.C.'s underwear on mattress corner | |
| 39 | Defendant's handwritten apology letter (2/20/2019) | |

GOVERNMENT'S EXHIBIT LIST

| # | Description | | |
|---|---|---|---|
| 40 | Audio recording of Hernan Cea's conversation with defendant in back of patrol car | | |
| 41 | Search Warrant photo - mirror on back of G.C.'s bedroom door | | |
| 42 | Search Warrant photo - G.C.'s bed with angel artwork on wall | | |
| 43 | Search Warrant photo - G.C.'s open dresser drawer (underwear) | | |
| 44 | Search Warrant photo - G.C.'s white underwear | | |
| 45 | Skype chats between defendant and Bertoldo Lugo and Petersam555 | | |
| 46 | 901(11) cert for Microsoft/Skype | | |
| 46 | 901(11) cert for Microsoft/Skype | | |
| 47 | Google search history for jazizcea@gmail.com between 2/1/2018 and 5/13/2018 | | |
| 49 | 902(11) cert for google sent to Houston ICAC | | |
| 50 | google account suspension email messages dated 5/13/18 | | |
| 51 | April 29, 2018 email message from jazizcea@gmail.com to jazizcea@gmail.com containing "[V]" child pornography video | | |
| 52 | A.G.'s certified birth certificate | | |
| 53 | still photo of A.G. taken in 2019 | | |
| 54 | D.V.'s certified birth certificate | | |
| 55 | National Guard/ Army documents pertaining to the defendant | | |
| 56 | 902(11) certificate for Guard/Army records | | |
| 57 | video data for "[V.F.] tape 1." Created May 13, 2018 at 12:31 PM UTC | | |
| 58 | video data for 0ir0qs7jjgvekaer6tcbu. Created May 13, 2018 at 12:26 PM UTC | | |
| 59 | video data for vp4yf388joty8cz38eiex. Created May 13, 2018 at 12:28 PM UTC | | |
| 60 | video data for "[G] get cum in mouth and pussy destroyed." Created May 13, 2018 at 12:37 PM UTC | | |
| 61 | Google's records for Cybertip | | |
| 62 | 902(11) Google certification letter dated 2/28/20 | | |
| 63 | NCMEC report for 5/13/18 google uploads | | |
| 63A | NCMEC 902(11) certification letter for CyberTips & TA report | | |
| 64 | *video file (containing child pornography): hk8oe8h4zq7iu3kzvcbnp.webm / lERfWSQfv2M.mp4: Youtube upload on 5/13/18: ("[G.C.] get cum in mouth and pussy destroyed" "looks like my hot [], 15:37 best part")* [1] | | |
| 64A | *video clip (containing child pornography) from 00:00 to 00:15, new filename lERfWSQfv2M 00-00 to 00-15.mp4.* | | |

---

[1] Note: Exhibits 64 through 67 are identified as exhibits but the government should not need to play them at trial.

4

GOVERNMENT'S EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 64B | *video clip (containing child pornography)from 01:50 to 01:52, new filename lERfWSQfv2M 01-50 to 01-52.mp4* | | |
| 64C | *video clip (containing child pornography)from 15:31 to 15:41, new filename lERfWSQfv2M 15-31 to 15-41.mp4* | | |
| 65 | *video file (containing child pornography): hy5ukx4avr7a33ymdidxj.webm / greXHVrJ1lw.mp4: Youtube upload on 5/13/18 : looks like my hot []* | | |
| 66 | *video file (containing child pornography): 0ir0qs7jjgvekaer6tcbu.webm / q0QjTN4fx2w.mp4 upload on 5/13/18* | | |
| 67 | *video file (containing child pornography): vp4yf388joty8cz38eiex.webm / VtzN4s-UVEo.mp4 upload on 5/13/18* | | |
| 68 | Photo of defendant in room holding phone showing password loliconislove12 | | |
| 69 | Meme --man looking through window with telescope: "1 in 10 people live next to a pedophile. Not me, I live next to 3 gorgeous 13 year olds" | | |
| 70 | Meme from Chromebook—"I need #PedosexualRights because pedophiles are ENDANGERED just by showing their faces" | | |
| 71 | Memo from Chromebook--anime drawing of young girl in green hoodie next to erect male penis, with face covered in ejaculate, upper left says lolicon Loli | | |
| 72 | Meme from Chromebook: picture of Pedobear trap in bedroom | | |
| 73 | Dkt. #51: factual basis of defendant's guilty plea to Count 2 of original indictment | | |
| 74 | iPhone note: video file (containing child pornography)([V] series) (hy5ukx4avr7a33ymdidxj.webm) | | |
| 75 | Video of female on sofa in Cea living room in zebra print short shorts | | |
| 76 | Extraction metadata report for the zebra shorts video | | |
| 77 | Screenshot from defendant's iphone: google search for lollicon meaning and results | | |
| 78 | Photo of G.C. in car with seatbelt | | |
| 78A | Photo of G.C. with wet hair | | |
| 79 | Video of G.C.: Corn on the Cob (from defendant's google account) | | |
| 80 | Video of G.C.: Eating Goldfish (from defendant's google account) | | |
| 81 | Video of G.C.: Secret Filming Through Blinds (from defendant's google account) | | |
| 83 | google takeout internet search history from defendant's account from 7/18/2018 to 2/21/2019 | | |
| 083A | Google Searches - ICAC Conf and [T] Deep Web on 11/2/18 | | |

GOVERNMENT'S EXHIBIT LIST

| | | | |
|---|---|---|---|
| 083B | Google Searches – [K.F.] bitcoin on 8/15/18 to 8/16/18 | | |
| 083C | Google Searches - Rohypnol zip file breaking on 8/17/18 to 8/18/18 | | |
| 083D | Google Searches – [G.C.] instagram, spy camera on hook, [G.] car instagram on 8/15/2018 | | |
| 84 | Youtube search history from defendant's google takeout | | |
| 084A | YouTube Searches - DeepWebPedo.pdf on 1/29/18 | | |
| 084B | YouTube Searches - Pedo on Discord.pdf on 2/12/19 | | |
| 084C | YouTube Searches - Pedobear and recover deleted videos.pdf on 8/4/18 | | |
| 084D | YouTube Searches - Pedophile arrested.pdf on 12/8/18 | | |
| 084E | YouTube Searches - Siberian Mouse and Pedobox.pdf on 12/17/18 | | |
| 084F | YouTube Searches – [V.F.].pdf on 9/21/18 | | |
| 85 | File name Screenshot 2018-12-11 at 9.33.41 PM (showing dark web sites) | | |
| 86 | File name Screenshot 2019-01-16 at 11.29.26 PM (showing dark web sites including topic Links 2.0 and Redman17) | | |
| 87 | Discord excerpt when chatting with ThomasMarino: "to find drugs for my []" . . . "[]and post it on the deep web" | | |
| 88 | Amazon records--defendant's purchase of spy cameras | | |
| 89 | Amazon 902(11) message | | |
| 90 | 1006 Summary chart of CP files sent from Bertoldo Lugo to defendant | | |
| 91 | Information provided by Coinmama | | |
| 92 | 902(11) document for Coinmama | | |
| 93 | Information provided by Bitstamp | | |
| 94 | 902(11) document for Bitstamp | | |
| 95 | Screenshot photo of victim in YouTube upload video titled [G.C.] get cum . . . | | |
| 100 | 1006 Summary chart of Welcome to Video child pornography files downloaded by defendant | | |

GOVERNMENT'S EXHIBIT LIST

                                                  McGREGOR W. SCOTT
                                                  United States Attorney

Dated: March 13, 2020        By:  /s/ Christina McCall
                                                  CHRISTINA McCALL
                                                  ROSANNE L. RUST
                                                  Assistant United States Attorney

GOVERNMENT'S EXHIBIT LIST