# Quick Facts

*— Child Pornography Offenders —*

## Fiscal Year 2020

▶ IN FY 2020, 64,565 CASES WERE REPORTED TO THE U.S. SENTENCING COMMISSION.

▶ 1,023 OF THESE INVOLVED CHILD PORNOGRAPHY.[1]

▶ CHILD PORNOGRAPHY OFFENSES HAVE DECREASED BY 35.8% SINCE FY 2016.



**Number of Child Pornography Offenders**

- FY 2016: 1,593
- FY 2017: 1,409
- FY 2018: 1,416
- FY 2019: 1,368
- FY 2020: 1,023



**Length of Mandatory Minimum Penalties for Child Pornography Offenders FY 2020**

- None: 35.8%
- Five Years: 49.7%
- Ten Years: 9.3%
- 15 Years: 5.2%

## Offender and Offense Characteristics[2]

- 45.1% of child pornography offenders were sentenced for possessing child pornography; 41.9% were sentenced for trafficking child pornography; 13.0% were sentenced for receiving child pornography.

- 99.7% of child pornography offenders were men.

- 81.3% were White, 12.2% were Hispanic, 4.0 % were Black, and 2.5% were Other races.

- Their average age was 42 years.

- 96.8% were United States citizens.

- 72.9% had little or no prior criminal history (Criminal History Category I);
    - 9.0% were CHC II;
    - 11.5% were CHC III;
    - 3.9% were CHC IV;
    - 1.8% were CHC V;
    - 0.9% were CHC VI.

- The top six districts for child pornography offenders were:
    - Western District of Missouri (42);
    - Western District of New York (33);
    - Middle District of Florida (31);
    - Southern District of Texas (31);
    - Western District of Texas (30);
    - Eastern District of Virginia (30).

## Punishment

- 99.3% of child pornography offenders were sentenced to prison; their average sentence was 102 months.

- The average sentence for offenders convicted of trafficking in child pornography was 133 months[3]:
    - 90.5% of these offenders were convicted of an offense carrying a five-year mandatory minimum penalty; their average sentence was 121 months.
    - 9.5% had a prior sexual abuse or child pornography conviction and were subject to a 15-year mandatory minimum penalty; their average sentence was 250 months.

- The average sentence for offenders convicted of receiving child pornography was 95 months:
    - 90.1% of offenders sentenced for receiving child pornography were convicted of an offense carrying a five-year mandatory minimum penalty; their average sentence was 83 months.
    - 9.9% had a prior sexual abuse or child pornography conviction and were subject to a 15-year mandatory minimum penalty; their average sentence was 202 months.

This document was produced and published at U.S. taxpayer expense. For more Quick Facts, visit https://www.ussc.gov/research/quick-facts.


Case 2:19-cr-00126-TLN-CKD    Document 176-1    Filed 01/21/22    Page 2 of 2

www.ussc.gov
pubaffairs@ussc.gov
@theusscgov

— *Child Pornography Offenders* —

## Punishment (continued)

- The average sentence for offenders convicted of possessing child pornography was 74 months[4]:
    - 79.5% of offenders were convicted of an offense not carrying a mandatory minimum penalty; their average sentence was 61 months.
    - 20.5% had a prior sexual abuse or child pornography conviction and were subject to a ten-year mandatory minimum penalty; their average sentence was 125 months.

## Sentences Relative to the Guideline Range

- 39.2% of child pornography offenders were sentenced under the *Guidelines Manual*:
    - 30.6% of all child pornography offenders were sentenced within the guideline range.
    - 5.5% of all child pornography offenders received some other downward departure.
        ◊ Their average sentence reduction was 41.6%.
    - 2.1% of all child pornography offenders received a substantial assistance departure.
        ◊ Their average sentence reduction was 41.4%.
- 60.8% received a variance:
    - 58.5% of all child pornography offenders received a downward variance.
        ◊ Their average sentence reduction was 38.5%.
    - 2.3% of all child pornography offenders received an upward variance.
        ◊ Their average sentence increase was 57.3%.



Sentence Relative to the Guideline Range (%)



Average Guideline Minimum and Average Sentence (months)

### Sentence Imposed Relative to the Guideline Range FY 2020



Under *Guidelines Manual* 39.2%
- Within Range 30.6%
- Other Downward 5.4%
- Substantial Assistance 2.1%
- Upward Departure 1.1%

Variances 60.8%

[1] Child pornography offenders are those convicted of Trafficking in Material Involving the Sexual Exploitation of a Minor; Receiving, Transporting, Shipping, or Advertising Material Involving the Sexual Exploitation of a Minor; Possessing Material Involving the Sexual Exploitation of a Minor with Intent to Traffic; Possessing Material Involving the Sexual Exploitation of a Minor (§2G2.2). It does not include cases where offenders are convicted of Production of Child Pornography (§2G2.1).

[2] Cases with incomplete sentencing information were excluded from the analysis. Cases that do not meet logical criteria were also excluded.

[3] Offenders convicted of Trafficking in Material Involving the Sexual Exploitation of a Minor and Receiving, Transporting, Shipping, or Advertising Material Involving the Sexual Exploitation of a Minor are subject to a five-year mandatory minimum penalty, or 15 years with a prior conviction for sexual abuse or child pornography.

[4] Offenders convicted of Possessing Material Involving the Sexual Exploitation of a Minor (§2G2.2) are subject to a 10-year mandatory minimum penalty with a prior conviction for sexual abuse or child pornography.

SOURCE: United States Sentencing Commission, FY 2016 through FY 2020 Datafiles, USSCFY16-USSCFY20.