**Table 34**

### POSITION OF WITHIN GUIDELINE RANGE SENTENCES
### BY TYPE OF CRIME[1]
### Fiscal Year 2020

| TYPE OF CRIME | TOTAL | Guideline Minimum | | Lower Half of Range | | Midpoint of Range | | Upper Half of Range | | Guideline Maximum | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % |
| TOTAL | 29,415 | 10,153 | 34.5 | 9,368 | 31.8 | 3,273 | 11.1 | 3,833 | 13.0 | 2,788 | 9.5 |
| Administration of Justice | 217 | 95 | 43.8 | 57 | 26.3 | 18 | 8.3 | 16 | 7.4 | 31 | 14.3 |
| Antitrust | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Arson | 12 | 9 | 75.0 | 2 | 16.7 | 0 | 0.0 | 0 | 0.0 | 1 | 8.3 |
| Assault | 257 | 117 | 45.5 | 45 | 17.5 | 25 | 9.7 | 32 | 12.5 | 38 | 14.8 |
| Bribery/Corruption | 30 | 18 | 60.0 | 5 | 16.7 | 3 | 10.0 | 0 | 0.0 | 4 | 13.3 |
| Burglary/Trespass | 16 | 6 | 37.5 | 5 | 31.3 | 1 | 6.3 | 2 | 12.5 | 2 | 12.5 |
| Child Pornography | 231 | 113 | 48.9 | 36 | 15.6 | 19 | 8.2 | 24 | 10.4 | 39 | 16.9 |
| Commercialized Vice | 20 | 9 | 45.0 | 3 | 15.0 | 1 | 5.0 | 2 | 10.0 | 5 | 25.0 |
| Drug Possession | 327 | 153 | 46.8 | 61 | 18.7 | 10 | 3.1 | 66 | 20.2 | 37 | 11.3 |
| Drug Trafficking | 4,623 | 2,853 | 61.7 | 724 | 15.7 | 338 | 7.3 | 291 | 6.3 | 417 | 9.0 |
| Environmental | 54 | 45 | 83.3 | 5 | 9.3 | 2 | 3.7 | 2 | 3.7 | 0 | 0.0 |
| Extortion/Racketeering | 34 | 23 | 67.6 | 3 | 8.8 | 4 | 11.8 | 1 | 2.9 | 3 | 8.8 |
| Firearms | 3,471 | 1,678 | 48.3 | 523 | 15.1 | 428 | 12.3 | 248 | 7.1 | 594 | 17.1 |
| Food and Drug | 16 | 15 | 93.8 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 1 | 6.3 |
| Forgery/Counter/Copyright | 97 | 42 | 43.3 | 15 | 15.5 | 10 | 10.3 | 9 | 9.3 | 21 | 21.6 |
| Fraud/Theft/Embezzlement | 2,066 | 1,042 | 50.4 | 354 | 17.1 | 219 | 10.6 | 220 | 10.6 | 231 | 11.2 |
| Immigration | 15,772 | 2,803 | 17.8 | 7,097 | 45.0 | 2,041 | 12.9 | 2,757 | 17.5 | 1,074 | 6.8 |
| Individual Rights | 20 | 12 | 60.0 | 3 | 15.0 | 0 | 0.0 | 2 | 10.0 | 3 | 15.0 |
| Kidnapping | 12 | 3 | 25.0 | 4 | 33.3 | 1 | 8.3 | 1 | 8.3 | 3 | 25.0 |
| Manslaughter | 20 | 7 | 35.0 | 2 | 10.0 | 5 | 25.0 | 2 | 10.0 | 4 | 20.0 |
| Money Laundering | 189 | 110 | 58.2 | 23 | 12.2 | 13 | 6.9 | 19 | 10.1 | 24 | 12.7 |
| Murder | 29 | 3 | 10.3 | 14 | 48.3 | 0 | 0.0 | 4 | 13.8 | 8 | 27.6 |
| National Defense | 54 | 36 | 66.7 | 6 | 11.1 | 3 | 5.6 | 2 | 3.7 | 7 | 13.0 |
| Obscenity/Other Sex Offenses | 157 | 77 | 49.0 | 22 | 14.0 | 27 | 17.2 | 7 | 4.5 | 24 | 15.3 |
| Prison Offenses | 254 | 101 | 39.8 | 69 | 27.2 | 29 | 11.4 | 18 | 7.1 | 37 | 14.6 |
| Robbery | 538 | 247 | 45.9 | 95 | 17.7 | 29 | 5.4 | 59 | 11.0 | 108 | 20.1 |
| Sexual Abuse | 222 | 91 | 41.0 | 53 | 23.9 | 22 | 9.9 | 26 | 11.7 | 30 | 13.5 |
| Stalking/Harassing | 108 | 50 | 46.3 | 20 | 18.5 | 11 | 10.2 | 8 | 7.4 | 19 | 17.6 |
| Tax | 92 | 59 | 64.1 | 14 | 15.2 | 4 | 4.3 | 6 | 6.5 | 9 | 9.8 |
| Other | 477 | 336 | 70.4 | 108 | 22.6 | 10 | 2.1 | 9 | 1.9 | 14 | 2.9 |

[1] Of the 64,565 cases, 32,358 offenders were sentenced within the applicable guideline range. An additional 2,943 cases were excluded due to several logical criteria. Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2020 Datafile, USSCFY20.