

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry   06/19/2020

JOSHUA KELHI, date of birth (DOB) ███████, was interviewed telephonically. Also present for the interview were Assistant United States Attorneys Christina McCall and Rosanne Rust. KELHI was aware of the identity of the interviewing Agent and the nature of the interview, and voluntarily provided the following information:

KELHI was currently a diesel technician. Prior to that, KELHI had taken welding classes at Summit College. Prior to that, he was deployed to Qatar with the California National Guard. He left for New Mexico for training in September 2017. He was on the ground in Qatar on October 28, 2017. His whole battalion deployed, about 1,500 people.

The battalion was split into four categories for deployment, labeled as "chocks." His was the third chock to leave. They did not all go to the same place. Some went to Qatar, some to Bahrain, and others to Jordan.

KELHI's mission in Qatar was Sergeant of the Guard for the main gate allowing access into the military installation. He was responsible for that gate and all soldiers working that gate. The soldiers processed vehicles coming through the gate and conducted security checks.

When KELHI arrived in-country the "tempo was very high." The weather was very hot, and there was a lot going on with the unit getting established and up and running. After about 3 months everything was up and running smoothly.

Prior to deploying to Qatar, KELHI had served active duty in the Army for 4.5 years. He was an Artilleryman, but sometimes when he was deployed it was not in artillery, but a more "typical" job, such as security for the Guard installation.

Investigation on 03/15/2020 at Orange, California, United States (Phone)

File # 305G-SC-3071198   Date drafted 03/15/2020

by Scott A. H. Schofield

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

CEA 0000196

KELHI's first tour was in Germany when Russia invaded Ukraine. His second tour was in Korea.

JAZIZ CEA was assigned to KELHI's group about 4 months prior to KELHI returning home. CEA was a "floater." The Army brought more manpower than turned out was necessary, so CEA transferred to KELHI's section later. He was part of the guards working security at the main gate.

CEA was a quiet individual. He took a while to pick things up, but once he did, he practiced them and became very proficient. He performed his duties well and understood the rules of engagement. He understood escalation of force. Whenever uncooperative individuals approached the gate, he handled the situation well without "shutting down." CEA knew how to bring issues to the chain of command and he briefed KELHI about the circumstances well. He was very informative when he would brief KELHI.

The facility was a large supply depot, housing mostly medical supplies. Because so many contractors and others were coming and going, the job was very stressful. Anyone coming in could be dangerous. The guard group stopped various types of contraband from entering the facility.

What CEA struggled with the most was connecting with the other soldiers. He was very shy, timid, and quiet. He seemed to have had a very good relationship with the soldiers in his prior section. When he moved to KELHI's section, he had a harder time. KELHI's method of supervision was to kind of force people to come to social gatherings and be part of the group.

CEA was one of the younger members of the deployment and sometimes KELHI felt that CEA was intimidated by KELHI. When KELHI would instruct him in something, CEA would sometimes just acknowledge but not look KELHI in the eye. Sometimes KELHI had to be "delicate" with him.

On a few occasions, CEA mentioned hearing voices. He would say it with a smile on his face and in a humorous manner so KELHI never took it seriously.

There were also complaints of CEA staring at female soldiers. KELHI never observed this himself. The lower soldiers tried to take care of it without

bringing it to KELHI. A couple of times, KELHI had to address it with him. CEA felt guilty and said afterward it would never happen again. He was "verbally counseled."

Other than the time KELHI spoke with CEA about his attraction to young girls and suicide, KELHI never heard about or spoke to CEA about any sort of mental health issues. Neither CEA, nor anyone else, ever brought something like this to his attention. KELHI only spoke about CEA's attraction to child pornography the one time mentioned in a prior interview.

CEA admitted to KELHI he had watched child pornography before. He also said he had fantasized about it. KELHI "laid into him" about it. KELHI asked CEA if he was suicidal and CEA replied that he was not going to lie to KELHI, he had thought about it.

KELHI did not recall if CEA was with him on the return trip from Qatar. The soldiers were divided into chocks again, but most of his unit was together.

KELHI advised that, had it been known prior to deployment that CEA actually heard voices, CEA would not have been deployed.

KELHI and his soldiers returned to the United States sometime in July, to his best recollection. Upon return, there were "demobilization" classes to assist with getting back into life as a civilian. There were financial classes and behavioral health classes. These classes were mandatory for every soldier to attend and each one had a sign in sheet to show who had attended. These classes were required for a certificate of discharge. The classes were about 1-2 hours in length and lasted about two weeks. The classes were in Texas. After the classes, the soldiers all flew home. For KELHI, it was a flight to Long Beach, California with about 150 others. He met his family there and went home.